# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK ANTHONY MACIAS,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76589

FILED

AUG 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting respondent's motion to refer appellant to the Nevada Department of Corrections for forfeiture of statutory credits. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry , J.
        Cherry

_____ , J.
Parraguirre

_____ Stiglich , J.
        Stiglich

cc:    Hon. Douglas Smith, District Judge
        Frank Anthony Macias
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk